UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq. (MH 9031)
Jeffrey M. Sponder, Esquire (JS 5127)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

| In Re: | Case No.: 09-13654 (JHW) |
|---|---|
| TCI 2 Holdings, LLC, et al. | Chapter 11 |
| Debtor. | Hearing Date: |
| | Judge: Judith S. Wizmur |

Order Filed on 9/22/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

# ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 EXAMINER BY ACTING UNITED STATES TRUSTEE

The relief set forth on the following pages, numbered one (1) through three (2) is hereby **ORDERED**.

**DATED: 9/22/2009**

Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

TCI 2 Holdings, LLC, et al.

Chapter 11, Case No. 09-13654 (JHW)

Order Approving the Appointment of a Chapter 11 Examiner

_____

The Court having considered the application submitted by the Acting United States Trustee for the entry of an order approving the appointment of Michael St. Patrick Baxter, in the above-captioned case, it is hereby;

**ORDERED** that the appointment of Michael St. Patrick Baxter, as the Chapter 11 Examiner is **APPROVED.**

*Approved by Judge Judith H. Wizmur September 22, 2009*