Order Filed on
3/24/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**BROWN RUDNICK LLP**
Edward S. Weisfelner (EW 5581)
Daniel J. Saval (DS 2437)
Seven Times Square
Times Square Tower
New York, New York 10036
(212) 209-4800

   -and-

Jeffrey L. Jonas (JJ 5670)
One Financial Center
Boston, MA  02111
(617) 856-8200

**DUANE MORRIS LLP**
Gilbert Brooks (GB 3196)
1940 East Route 70
Cherry Hill, New Jersey 08003
(856) 874-4204

*Counsel to Icahn Partners LP, Icahn Partners Master Fund LP, Icahn Partners Master Fund II LP, and Icahn Partners Master Fund III LP*

In re:

TCI 2 HOLDINGS, LLC, et al.,

                    Debtors.

Chapter 11

Case No. 09-13654

Administered

**DATED: 3/24/2010**

_____
Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

**ORDER DENYING THE MOTION IN LIMINE OF ICAHN PARTNERS TO STRIKE THE TESTIMONY AND MARKET INTEREST RATES AND <u>FINANCIAL FEASIBILITY REPORT OF WILLIAM H. HARDIE III</u>**

Upon consideration of the Motion of Icahn Partners To Strike the Testimony and Market Interest Rates and Financial Feasibility Report of William H. Hardie III (the "<u>Motion</u>");

IT IS **ORDERED** that the Motion is DENIED for the reasons stated at the hearing on the Motion on February 25, 2010.

*Approved by Judge Judith H. Wizmur March  24, 2010*