# United States Bankruptcy Court

## District of New Jersey

In re TCI 2 HOLDINGS, LLC, *et al.*,   Case No. 09-13654 (JHW)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of $36,467,000 principal amount of claims in relation to each of those claims identified below.

**Icahn Partners Master Fund II LP**
Name of Transferee

Name and Address where notices to transferee should be sent:
**Icahn Partners Master Fund II LP**
c/o Icahn Associates Corp.
767 Fifth Avenue, 46th Floor
New York, NY 10153
Attention: Keith Cozza
(646) 367-4550 [fax]
kcozza@sfire.com

Phone: (212) 702-4331
Last Four Digits of Acct #: _____

**Beal Bank Nevada**
Name of Transferor

Court Claim # (if known): 841, 846, 849, 852, 855, 858, and 863 as well as Proof of Claim in case number 09-13661 filed by Beal Bank Nevada against Trump Plaza Associates LLC on May 22, 2009.
Amount of Claim for each Claim: $493,250,000.00
Date Claims Filed: May 22, 2009

Phone: 469-467-5563
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Transferee**

**Icahn Partners Master Fund II LP**

By: [signature]
Name: EDWARD E. HATTNER
Title: AUTHORIZED SIGNATORY
Date: ~~December 10, 2009~~ April 20, 2010

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

8232995
8232995

# United States Bankruptcy Court

## District of New Jersey

In re TCI 2 HOLDINGS, LLC, *et al.*,             Case No. 09-13654 (JHW)

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) by Transferor. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of $36,467,020.78 principal amount of claims for each of the claims identified as claims 841, 846, 849, 852, 855, 858 and 863, filed on May 22, 2009, as well as Proof of Claim in case number 09-13661 filed by Beal Bank Nevada against Trump Plaza Associates LLC on May 22, 2009.

**Icahn Partners Master Fund II LP**           **Beal Bank Nevada**
Name of Transferee                                       Name of Transferor

Address of Transferee:                            Address of Transferor:

c/o Icahn Associates Corp.                        Beal Bank Nevada
767 Fifth Avenue, 46th Floor                    6000 Legacy Drive
New York, NY 10153                              Plano, Texas
Attention: Keith Cozza                           Facsimile: 469-241-9567
(646) 367-4550 [fax]                              Attention: Jacob C. Cherner
kcozza@sfire.com

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The Transferor of the claims is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

**Transferee**                                                         **Transferor**

**Icahn Partners Master Fund II LP**             **Beal Bank Nevada**

By: *[signature]*                                           By: _____

Name: EDWARD E. MATTNER               Name:
Title: AUTHORIZED SIGNATORY             Title:
Date: ~~December 10, 2009~~ April 20, 2010       Date: ~~December __, 2009~~

8232995

# United States Bankruptcy Court

## District of New Jersey

In re TCI 2 HOLDINGS, LLC, *et al.*,                                  Case No. 09-13654 (JHW)

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) by Transferor. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of $36,467,020.78 principal amount of claims for each of the claims identified as claims 841, 846, 849, 852, 855, 858 and 863, filed on May 22, 2009, as well as Proof of Claim in case number 09-13661 filed by Beal Bank Nevada against Trump Plaza Associates LLC on May 22, 2009.

**Icahn Partners Master Fund II LP**                **Beal Bank Nevada**
Name of Transferee                                           Name of Transferor

Address of Transferee:                                          Address of Transferor:

c/o Icahn Associates Corp.                                    Beal Bank Nevada
767 Fifth Avenue, 46th Floor                                6000 Legacy Drive
New York, NY 10153                                            Plano, Texas
Attention: Keith Cozza                                          Facsimile: 469-241-9567
(646) 367-4550 [fax]                                             Attention: Jacob C. Cherner
           @sfire.com

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The Transferor of the claims is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

**Transferee**                                                           **Transferor**

**Icahn Partners Master Fund II LP**                **Beal Bank Nevada**

By:_____                         By:_____

Name:                                                                      Name: Stephen J. Costas
Title:                                                                        Title: Authorized Representative
Date: ~~December     , 2009~~                              Date: ~~December     , 2009~~ April 20, 2010

8232995