# United States Bankruptcy Court

## District of New Jersey

In re TCI 2 HOLDINGS, LLC, *et al.*,    Case No. 09-13654 (JHW)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of $101,454,276.70 principal amount of claims in relation to each of those claims identified below.

**Icahn Partners Master Fund LP**
Name of Transferee

Name and Address where notices to transferee should be sent:
**Icahn Partners Master Fund LP**
c/o Icahn Associates Corp.
767 Fifth Avenue, 46th Floor
New York, NY 10153
Attention: Keith Cozza
(646) 367-4550 [fax]
kcozza@sfire.com

Phone: (212) 702-4331
Last Four Digits of Acct #: _____

**Beal Bank Nevada**
Name of Transferor

Court Claim # (if known): 841, 846, 849, 852, 855, 858, and 863 as well as Proof of Claim in case number 09-13661 filed by Beal Bank Nevada against Trump Plaza Associates LLC on May 22, 2009.
Amount of Claim for each Claim: $493,250,000.00
Date Claims Filed: May 22, 2009

Phone: 469-467-5563
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**Icahn Partners Master Fund LP**

By: _____
Name: EDWARD E. MATTNER
Title: AUTHORIZED SIGNATORY
Date: ~~December 12, 2009~~ April 20, 2010

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

8232995
8232995

# United States Bankruptcy Court

## District of New Jersey

In re TCI 2 HOLDINGS, LLC, *et al.*,   Case No. 09-13654 (JHW)

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) by Transferor. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of $101,454,2%.90 principal amount of claims for each of the claims identified as claims 841, 846, 849, 852, 855, 858 and 863, filed on May 22, 2009, as well as Proof of Claim in case number 09-13661 filed by Beal Bank Nevada against Trump Plaza Associates LLC on May 22, 2009.

**Icahn Partners Master Fund LP**  
Name of Transferee

**Beal Bank Nevada**  
Name of Transferor

Address of Transferee:

c/o Icahn Associates Corp.
767 Fifth Avenue, 46th Floor
New York, NY 10153
Attention: Keith Cozza
(646) 367-4550 [fax]
kcozza@sfire.com

Address of Transferor:

Beal Bank Nevada
6000 Legacy Drive
Plano, Texas
Facsimile: 469-241-9567
Attention: Jacob C. Cherner

### ---DEADLINE TO OBJECT TO TRANSFER---

The Transferor of the claims is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

**Transferee**

**Icahn Partners Master Fund LP**

By: _[signature]_

Name: EDWARD E. MATTNER
Title: AUTHORIZED SIGNATORY
Date: ~~December 10, 2009~~ April 20, 2010

**Transferor**

**Beal Bank Nevada**

By:_____

Name:
Title:
Date: ~~December __, 2009~~

8232995

# United States Bankruptcy Court

District of New Jersey

In re TCI 2 HOLDINGS, LLC, *et al.*,                                       Case No. 09-13654 (JHW)

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) by Transferor. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of $101,454,276.90 principal amount of claims for each of the claims identified as claims 841, 846, 849, 852, 855, 858 and 863, filed on May 22, 2009, as well as Proof of Claim in case number 09-13661 filed by Beal Bank Nevada against Trump Plaza Associates LLC on May 22, 2009.

**Icahn Partners Master Fund LP**
Name of Transferee

**Beal Bank Nevada**
Name of Transferor

Address of Transferee:

c/o Icahn Associates Corp.
767 Fifth Avenue, 46th Floor
New York, NY 10153
Attention: Keith Cozza
(646) 367-4550 [fax]
kcozza@sfire.com

Address of Transferor:

Beal Bank Nevada
6000 Legacy Drive
Plano, Texas
Facsimile: 469-241-9567
Attention: Jacob C. Cherner

### ~DEADLINE TO OBJECT TO TRANSFER~

The Transferor of the claims is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

**Transferee**

**Icahn Partners Master Fund LP**

By:_____

Name:
Title:
Date: ~~December    , 2009~~

**Transferor**

**Beal Bank Nevada**

By: [signature]

Name: Stephen J. Cstas
Title: Authorized Representative
Date: ~~December    , 2009~~  April 20, 2010

8232995