| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-2(c)** | |
| In re: | Chapter 11 |
| TCI 2 HOLDINGS, LLC, et al.,[1] | Case No.: 09-13654 (JHW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF EFFECTIVE DATE AND RELATED DEADLINES

**PLEASE TAKE NOTICE** that on May 7, 2010, the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered an order [Docket No. 1500] (the "Confirmation Order") confirming the *Supplemental Modified Sixth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Proposed by the Ad Hoc Committee of Holders of 8.5% Senior Secured Notes Due 2015 and the Debtors* (the "Plan"). Capitalized terms that are used by not defined in this Notice shall have the meaning ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and the Plan may be obtained at the Office of the Clerk of the United States Bankruptcy Court for the District of New Jersey, 401 Market Street, Second Floor, Camden, New Jersey 08101, during regular business hours or at www.terrecap.com.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on July 16, 2010.

**PLEASE TAKE FURTHER NOTICE** the Plan and the Confirmation Order provide, among other things, the following deadlines:

**Administrative Expense Claims**: Pursuant to Section 2.1 of the Plan, except as otherwise provided in the Plan and Confirmation Order, all requests for payment of an Administrative Expense Claim must be filed and served on the Reorganized Debtors pursuant to the procedures specified in the Confirmation Order and the notice of entry of the Confirmation Order no later than thirty (30) days after the Effective Date (or other such date as approved by order of the Bankruptcy Court). Such requests for Administrative Expense Claims shall be served on each of the following parties: (i) McCarter & English, LLP, Four Gateway Center, Newark, NJ 07102, counsel for the Debtors (attn: Jeffrey T. Testa and Lisa S. Bonsall), (ii) Weil, Gotshal & Manges LLP, co-counsel for the Debtors (attn: Michael F. Walsh and Ted S.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TCI 2 Holdings, LLC (0526); Trump Entertainment Resorts, Inc. (8402); Trump Entertainment Resorts Holdings, L.P. (8407); Trump Entertainment Resorts Funding, Inc. (8405); Trump Entertainment Resorts Development Company, LLC (2230); Trump Taj Mahal Associates, LLC, d/b/a Trump Taj Mahal Casino Resort (6368); Trump Plaza Associates, LLC, d/b/a Trump Plaza Hotel and Casino (1643); Trump Marina Associates, LLC, d/b/a Trump Marina Hotel Casino (8426); TER Management Co., LLC (0648); and TER Development Co., LLC (0425).

Waksman), and (iii) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, co-counsel for the Ad Hoc Committee (attn: Kristopher M. Hansen and Erez E. Gilad).  ***Any request for payment of an Administrative Expense Claim that is not timely and properly filed and served in accordance with the Plan and Confirmation Order shall be disallowed automatically and forever barred and discharged without the need for any objection by the Reorganized Debtors.***

**Compensation and Reimbursement Claims**:  Pursuant to Section 2.2 of the Plan and the Confirmation Order, all entities seeking an award by the Bankruptcy Court of compensation for services rendered or reimbursement of expenses incurred through and including the Confirmation Date under section 327, 328, 330, 503(b) and 1103 of the Bankruptcy Code must file an application and serve such application on counsel for the Reorganized Debtors and the Ad Hoc Committee, and as otherwise required by the Bankruptcy Court and the Bankruptcy Code, no later than forty-five (45) days after the Effective Date.  Such final fee application shall be served on each of the following parties: (i) McCarter & English, LLP, Four Gateway Center, Newark, NJ 07102, counsel for the Debtors (attn: Jeffrey T. Testa and Lisa S. Bonsall), (ii) Weil, Gotshal & Manges LLP, co-counsel for the Debtors (attn: Michael F. Walsh and Ted S. Waksman), (iii) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, co-counsel for the Ad Hoc Committee (attn: Kristopher M. Hansen and Erez E. Gilad), (iv) Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, NJ 07068, co-counsel for the Ad Hoc Committee (attn: Kenneth A. Rosen and Jeffrey D. Prol), (v) Brown Rudnick LLP, Seven Times Square, New York, NY 10036, counsel for Icahn Partners (attn: Edward S. Weisfelner and Jeffrey L. Jonas), and (vi) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NY 07102 (attn: Jeffrey M. Sponder).  ***Any such claim that is not timely filed and properly filed in accordance with the Plan and Confirmation Order within this time period shall be discharged and forever barred.***

| | |
|---|---|
| Dated: July 16, 2010 | Respectfully submitted, |
| By: /s/ Charles A. Stanziale, Jr. | By: /s/ Jeffrey D. Prol |
| Charles A. Stanziale, Jr. | Kenneth A. Rosen |
| Joseph Lubertazzi, Jr. | Jeffrey D. Prol |
| Lisa S. Bonsall | |
| Jeffrey T. Testa | |
| **McCARTER & ENGLISH, LLP** | **LOWENSTEIN SANDLER PC** |
| Four Gateway Center, 100 Mulberry Street | 65 Livingston Avenue |
| Newark, NJ 07102 | Roseland, New Jersey 07068 |
| Telephone: (973) 622-4444 | Telephone: (973) 597-2500 |
| Facsimile: (973) 624-7070 | Facsimile: (973) 597-2400 |
| -and- | -and- |
| **WEIL, GOTSHAL & MANGES LLP** | **STROOCK & STROOCK & LAVAN LLP** |
| Michael F. Walsh | Kristopher M. Hansen |
| J. Philip Rosen | Curtis C. Mechling |
| Ted S. Waksman | Erez E. Gilad |
| 767 Fifth Avenue | Matthew Garofalo |
| New York, NY 10153 | 180 Maiden Lane |
| Telephone: (212) 310-8000 | New York, New York 10038 |
| Facsimile: (212) 310-8007 | Telephone: (212) 806-5400 |
| | Facsimile: (212) 806-6006 |
| *Co-Counsel to Debtors and Debtors in Possession* | *Co-Counsel to Ad Hoc Committee of Holders of 8.5% Senior Secured Notes Due 2015* |