*U.S. BANKRUPTCY COURT*
*FILED*
*CAMDEN, NJ*

*2010 OCT 19  PM 2: 27*

*JAMES J. WALDRON*

*BY:_____*

*DEPUTY CLERK*

DAY PITNEY LLP
One Jefferson Road
Parsippany, NJ  07054-2891
(973) 966-6300
SCOTT A. ZUBER, ESQ. (S.Z. - 9728)
Local Counsel to the Examiner

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>TCI 2 HOLDINGS, LLC, *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 09-13654 (JHW)<br>(Jointly Administered) |

### ORDER GRANTING FIRST AND FINAL APPLICATION OF
### DAY PITNEY LLP, LOCAL COUNSEL TO EXAMINER, FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
### THE PERIOD FROM SEPTEMBER 30, 2009 THROUGH JULY 31, 2010

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

10/19/10

42013576.1

Page 2

| | |
|---|---|
| Debtors: | TCI 2 HOLDINGS, LLC, et al., |
| Case No.: | 09-13654 (JHW) |
| Caption of Order: | Order Granting First And Final Application of Day Pitney LLP, Local Counsel to Examiner, For Compensation And Reimbursement of Expenses for the Period From September 30, 2009 Through July 31, 2010 |

Upon consideration of the First and Final Application of Day Pitney LLP ("Day Pitney"),

Local Counsel to Examiner, for Compensation And Reimbursement of Expenses For The Period

From September 30, 2009 Through July 31, 2010 (the "Application"), which was filed on

August ___, 2010; and this Court having considered the Application, and good cause and

adequate notice appearing therefore,

IT IS HEREBY ORDERED, that:

1.    The Application is hereby granted.

2.    Day Pitney is  hereby allowed $ 3 2 702 ,50 as final compensation for

services rendered for the period from September 30, 2009 through July 31, 2010 (the "Final Fee

Period").

3.    Day Pitney is hereby allowed $ 2 068 .13 as reimbursement of expenses

for the Final Fee Period.

4.    The Debtors are hereby authorized and directed to pay forthwith to Day Pitney the

unpaid balance of Day Pitney's allowed final fees and expenses for the Final Fee Period.